UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES DOULGERIS,

    Plaintiff,

v.                                                      Case No. 8:08-cv-282-T-24 MAP

THE UNITED STATES OF AMERICA,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on the parties' Case Management Report (Doc. No. 9), in which they indicate that they are considering consenting to the jurisdiction of a Magistrate Judge for disposition of this case. If the parties want to consent to the jurisdiction of a Magistrate Judge, the parties must fill out and file the attached Magistrate Consent Form.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of April, 2008.

*[Signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record